■ JOSHUA P. BOULTER, Respondent, v RACHELLE R. BOULTER, Appellant. (Appeal No. 1.) [46 NYS3d 815]—Appeal from a decision of the Supreme Court, Jefferson County (James P. McClusky, J.), entered December 1, 2014. The decision, among other things, determined that it would be in the best interests of the subject child to relocate to Japan with plaintiff.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967, 967 [1987]). Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.